**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA

          -against-

DAVON MCCULLOUGH

---------------------------------------X

ORDER

19 Cr. 761-2 (JPO)

**J. Paul Oetken, DISTRICT JUDGE:**

The C.J.A. attorney assigned to this case, Samuel Gregory, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney Benjamin Silverman.

SO ORDERED.

_____
J. PAUL OETKEN
United States District Judge

Dated:   New York, New York
        November 10, 2021